LeROY B. ISERMAN, Appellant, v. J. E. LONG COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, on opinion by Mr. Justice Carswell at Special Term [Reported in 122 Misc. Rep. 822]. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

VITO AMATO, as Committee of the Person and Property of FRANK AMATO, or FRANK MARTO, an Incompetent, Respondent, v. NEW YORK AND PORTO RICO STEAMSHIP COMPANY, Appellant.— Judgment unanimously affirmed, with costs. The record presents slight, if any, evidence of contributory negligence on the part of the person injured. We are not, therefore, constrained to reverse the judgment in the interests of justice, the appellant having acquiesced in the charge of the court upon this subject. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

ANTONIO BARNEVO, Respondent, v. MUNSON STEAMSHIP LINE and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

B. TROHN, INC., Respondent, v. WILLIAM A. X. WILLIAMS, Appellant.— Judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present – Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.